FILED

JUL 3 0 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1

2

3

4

5

6                   UNITED STATES DISTRICT COURT

7                 SOUTHERN DISTRICT OF CALIFORNIA

8   UNITED STATES OF AMERICA,      )   Criminal Case No. 08CR 2518-BTM
                                    )
9              Plaintiff,           )   I N F O R M A T I O N
                                    )
10        v.                        )   Title 8, U.S.C.,
                                    )   Secs. 1324(a)(1)(A)(ii) and
11   MARCO ANTONIO VALDEZ (1)       )   (v)(II) - Transportation of
     JAVIER BALTIERRA-RINCON (2),   )   Illegal Aliens and Aiding and
12                                  )   Abetting
               Defendant.          )
13   _____)

14        The United States Attorney charges:

15        On or about July 18, 2008, within the Southern District of

16   California, defendants MARCO ANTONIO VALDEZ and JAVIER BALTIERRA-

17   RINCON, with the intent to violate the immigration laws of the United

18   States, knowing and in reckless disregard of the fact that an alien,

19   namely, Calistro Cebrero-Peralta, had come to, entered and remained

20   in the United States in violation of law, did transport and move, said

21   alien within the United States in furtherance of such violation of

22   law; in violation of Title 8, United States Code,

23   Sections 1324(a)(1)(A)(ii) and (v)(II).

24        DATED: 7/29/08 .

25                                      KAREN P. HEWITT
                                        United States Attorney
26

27

28                                      CHARLOTTE E. KAISER
                                        Assistant U.S. Attorney

CEK:mg:San Diego
7/24/08